**DENIED and Opinion Filed February 23, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00156-CV**

**IN RE BLAKE JOEL ROBBINS, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-18201**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court are relator's February 13, 2024 petition for writ of mandamus and emergency motion for temporary relief. In his petition, relator challenges a portion of a trial court's order granting a motion to compel discovery that overrules his assertions of privilege and compels him to produce documents responsive to a single request for production, which relator describes as calling for documents that are federally protected from disclosure. In his emergency motion, relator seeks to stay that portion of the order pending our action on the petition.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy.

*In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. We also deny relator's emergency motion for temporary relief as moot.

240156f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE